**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 8, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00811-CV

_____

## IN THE INTEREST OF S.G.K., AND J.L.A.K, Children

On Appeal from the 506th District Court
Grimes County, Texas
Trial Court Cause No. 31691

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed August 19, 2011.  On December 2, 2011, appellant filed a letter in which he advised this court that he no longer desires to prosecute this appeal.  We construe the letter as a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.